# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHAMIEKA PIERRE,** | § |
| | § Case No. 2:21-cv-01043-EEF-DPC |
| **Plaintiff,** | § |
| | § **Judge Eldon E. Fallon** |
| v. | § **Division L** |
| | § |
| **WELLPATH, LLC,** *et al.*, | § **Magistrate Judge Donna P. Currault** |
| | § **Division 2** |
| **Defendants.** | § |

## ORDER

Considering the *Ex Parte* Motion for Extension of Time to Answer or Otherwise Plead filed by the Defendant Sheriff Marlin N. Gusman pursuant to Local Rule 7.8:

IT IS ORDERED that the Motion is granted and that Defendant Sheriff Marlin N. Gusman has an additional 21 days—until August 30, 2021—to file an answer or other pleading in response to the Complaint.

New Orleans, Louisiana, this 9th day of August, 2021.

_____
Donna Phillips Currault
United States Magistrate Judge