# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAMIEKA PIERRE, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> WELLPATH, LLC, *et al.*, § <br> § <br> Defendants. § | Case No. 2:21-cv-01043-EEF-DPC <br><br> Judge Eldon E. Fallon <br> Division L <br><br> Magistrate Judge Donna P. Currault <br> Division 2 |

## **ORDER**

Considering the Consent Motion for Extension of Time to Answer or Otherwise Plead filed by the Defendant Sheriff Marlin N. Gusman:

IT IS ORDERED that the Motion is granted and that Defendant Sheriff Marlin N. Gusman has an additional 14 days—until September 13, 2021—to file an answer or other pleading in response to the Complaint.

New Orleans, Louisiana, this ___ day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE