UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAMIEKA PIERRE, § | § |
| § | Case No. 2:21-cv-01043-EEF-DPC |
| Plaintiff, § | § |
| § | Judge Eldon E. Fallon |
| v. § | Division L |
| § | |
| WELLPATH, LLC, *et al.*, § | Magistrate Judge Donna P. Currault |
| § | Division 2 |
| Defendants. § | § |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant Sheriff Marlin N. Gusman ("Gusman"), through undersigned counsel, has filed a motion to dismiss the claims against him brought by Plaintiff Shamieka Pierre. Pursuant to Local Civil Rule 7.2, Defendant will submit this motion for decision on October 13, 2021, at 9:00 a.m., or as soon thereafter as the Court's docket permits, before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Courtroom C468, New Orleans, Louisiana 70130.

Respectfully submitted on this 27th day of September 2021,

/s/ M. Rebecca Cooper
S. MARK KLYZA, T.A. (La. Bar No. 02028)
M. REBECCA COOPER (La. Bar No. 37080)
The Kullman Firm
A Professional Law Corporation
1100 Poydras Street, Suite 1600
New Orleans, LA 70163
Telephone: (504) 524-4162
Facsimile: (504) 596-4114
smk@kullmanlaw.com
mrc@kullmanlaw.com

*Counsel for Defendant Sheriff Marlin N. Gusman*