UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAMIEKA PIERRE | CIVIL ACTION |
| VERSUS | NO. 21-1043 |
| WELLPATH, LLC, ET AL. | SECTION "L" (2) |

## **ORDER**

Considering Plaintiff's Ex Parte Motion for Extension of Deadlines to Serve Paul Grillier with Summons and Complaint (ECF No. 33),

IT IS ORDERED that a status conference by telephone is hereby SCHEDULED on Tuesday, November 30, 2021, at 9:00 a.m.   Five minutes before the scheduled conference, all parties must phone in to (888) 363-4734 and enter the access code: 7434218.

New Orleans, Louisiana, this 29th day of November, 2021.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE