UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAMIEKA PIERRE | * | CIVIL ACTION |
| VERSUS | * | NO. 21-1043 |
| WELLPATH, LLC, ET AL. | * | SECTION "L" (2) |

**<u>ORDER</u>**

　　Before the Court are two Reports and Recommendations by the Magistrate Judge. R. Docs. 26, 32. First, as to the Report and Recommendation regarding Wellpath, LLC's Motion for Partial Dismissal, R. Doc. 26, the Court has reviewed the complaint; the parties' memoranda, including Plaintiff's response consenting to the dismissal of Count 4 of her complaint; and the applicable law. Noting that no objection has been filed to the Report and Recommendation, the Court approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly, Defendant Wellpath, LLC's Motion for Partial Dismissal is granted and Plaintiff's negligence claim against her employer as set forth in Count 4 of her Complaint is dismissed with prejudice.

　　Second, respecting the Report and Recommendation addressing Defendant Sheriff Marlin Gusman's Motion to Dismiss, R. Doc. 32, the Court has reviewed the complaint; the parties' memoranda, including Plaintiff's consent to dismiss the respondeat superior claim against Sheriff Gusman related to false imprisonment; and the applicable law. No objection has been filed to the Report and Recommendation. The Court approves the Report and Recommendation and adopts the conclusions contained therein for substantially the reasons provided by the Magistrate Judge. Thus, Plaintiff's respondeat superior claim against Sheriff Gusman based on Defendant Paul Griller's alleged false imprisonment (part of Count 7) is dismissed with prejudice. Plaintiff's

claims of negligence (failure to protect in Count 4 and failure to train and supervise in Count 5) and for respondeat superior liability based on Defendant Griller's alleged negligence (Count 7) are dismissed, with leave to amend.

**Conclusion**

**IT IS ORDERED** that Defendant Wellpath, LLC's Motion for Partial Dismissal be **GRANTED** and that Plaintiff's negligence claim against her employer as set forth in Count 4 of her Complaint be and hereby is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant Gusman's Motion to Dismiss is **GRANTED** in part and **DENIED** in part. Plaintiff's respondeat superior claim against Sheriff Gusman based on Defendant Paul's alleged false imprisonment (part of Count 7) is **DISMISSED** with prejudice. Plaintiff's claims of negligence (failure to protect in Count 4 and failure to train and supervise in Count 5) and for respondeat superior liability based on Defendant Griller's alleged negligence (Count 7) are **DISMISSED,** with leave to amend. Plaintiff is **GRANTED** thirty (30) days to file an amended complaint to remedy the deficiencies in her pleading.

New Orleans, Louisiana, this 3rd day of December, 2021.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE