UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHAMIEKA PIERRE                                                        CIVIL ACTION

VERSUS                                                                      NO. 21-1043

WELLPATH LLC, ET AL                                              SECTION : L (2)

## SCHEDULING ORDER

A Preliminary Conference was held this date.

Participating were:
Caroline Gabriel, Esq. for plaintiff
Jennifer Bergeron, Esq. for defendant Wellpath, LLC
Jared Shurman, Esq. for defendant Paul Grillier
M. Rebecca Cooper, Esq. for defendant Marlin Gusman

Pleadings have been completed.  Jurisdiction and venue are established.

Counsel shall complete all disclosure of information as follows:

Initial disclosures pursuant to Fed.R.Civ.P. 26 (a)(1) have been completed.

Amendments to pleadings, third-party actions, cross-claims, and counterclaims, shall be filed no later than May 9, 2022 with leave of Court.

Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this Scheduling Order.  Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than October 6, 2022.

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants fully setting forth all matters about which

they will testify and the basis therefor shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than November 7, 2022.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and all exhibits which may or will be used at trial not later than November 7, 2022.

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Depositions for trial use shall be taken and all discovery shall be completed not later than December 5, 2022.

All non-evidentiary pretrial motions may be filed as soon as practicable but must be filed and served not later than November 22, 2022, and served in sufficient time to permit submission on December 7, 2022. Any motions filed in violation of this Order shall be deemed waived unless good cause is shown. Electronic versions of deposition transcripts shall be in uncompressed format as a searchable PDF. All attachments submitted in support of motions must be legible.

Motions *in limine* regarding the admissibility of expert testimony shall also be filed and served as soon as practicable but must be filed and served no later than December 6, 2022, to permit submission on December 21, 2022, and responses thereto shall be filed on or before December 13, 2022. Replies, if any, shall be filed by no later than December 16, 2022. Motions filed in violation of this order will not be considered unless good cause is shown.

All other motions in limine and memoranda in support shall be filed two weeks before trial, and responses thereto shall be filed one week before trial.  Replies, if any, shall be filed no later than three days after opposing party's response deadline.

Settlement possibilities were discussed.  A further settlement conference will be scheduled at any time at the request of any party to this action.  Whenever a case is settled or otherwise disposed of, counsel must immediately inform Judge Fallon's chambers via fax (504-589-6966). If a case is settled as to fewer than all parties or all claims, counsel must also identify the remaining parties and unsettled claims.

This case does not involve extensive documentary evidence, depositions or other discovery.  [No] [S]pecial discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are established [as follows:]

A Status Conference will be held on WEDNESDAY, MAY 18, 2022, AT 1:30PM This conference shall be held BY TELEPHONE unless otherwise ordered. Please use the following dial-in information: **Phone number 877-336-1839, Access code 4227405.**  Further, counsel are instructed to have their calendars with them.  Not later than two days preceding the status conference, all parties shall fax (504-589-6966) or otherwise deliver to the Court and to all other counsel a short letter explaining the status of the case and any issues the Court needs to address at the conference.

A Final Pretrial Conference will be held on WEDNESDAY, JANUARY 4, 2023, AT 1:30PM.  Counsel will be prepared in accordance with the final Pretrial Notice attached.

Trial will commence on TUESDAY, JANUARY 17, 2023, AT 8:30AM before the District Judge WITH a jury.  Attorneys are instructed to report for trial not later than 30 minutes

prior to this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. Trial is estimated to last 3-4 day(s).

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the court.

New Orleans, Louisiana, this April 7, 2022.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Issued for the Court by:
Dean N. Oser
Case Manager - Section L
504-589-7686