UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAMIEKA PIERRE, § | § |
| § | Case No. 2:21-cv-01043-EEF-DPC |
| Plaintiff, § | § |
| § | Judge Eldon E. Fallon |
| v. § | Division L |
| § | |
| WELLPATH, LLC, *et al.*, § | Magistrate Judge Donna P. Currault |
| § | Division 2 |
| Defendants. § | |

## *EX PARTE* MOTION TO ENROLL AS COUNSEL OF RECORD

Defendant Sheriff Susan Hutson,[1] through undersigned counsel, respectfully moves this Court to enroll John S. Williams (LA. Bar No. 32270) and Graham Bosworth (LA Bar No. 29538), chief legal officers for Sheriff Hutson, as counsel of record on behalf of Sheriff Hutson.

**WHEREFORE**, Sheriff Hutson, by and through undersigned counsel, respectfully prays that this honorable Court grant her motion and that John S. Williams and Graham Bosworth be enrolled as counsel of record in these proceedings on behalf of Sheriff Susan Hutson.

---

[1] Sheriff Marlin Gusman was originally named as a defendant in this lawsuit. *See* Rec. Doc. 1. Under Fed. R. Civ. Proc. 25(d), when a public officer who is a party in an official capacity ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name. *Id.* Sheriff Susan Hutson was sworn in as the Sheriff of the Parish of Orleans on May 2, 2022, and is therefore now substituted in as the proper party in this lawsuit.

Respectfully submitted this 13th day of May 2022,

/s/ M. Rebecca Cooper
S. MARK KLYZA, T.A. (La. Bar No. 02028)
M. REBECCA COOPER (La. Bar No. 37080)
The Kullman Firm
A Professional Law Corporation
1100 Poydras Street, Suite 1600
New Orleans, LA 70163
Telephone: (504) 524-4162
Facsimile: (504) 596-4114
smk@kullmanlaw.com
mrc@kullmanlaw.com

**John S. Williams (LSBA No. 32270)**
Co-Chief Legal Officer
Williamsjo@opso.us
**Graham Bosworth (LSBA No. 29538)**
Co-Chief Legal Officer
Bosworthg@opso.us
2800 Perdido Street
New Orleans, LA 70119
(504) 822-8000 office
(504) 202-9454 facsimile

*Counsel for Defendant Sheriff Susan Hutson*