UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAMIEKA PIERRE, ) | |
| ) | Case No. 2:21-cv-1043 |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge Eldon E. Fallon |
| ) | |
| WELLPATH, LLC, et al. ) | Mag. Donna Phillips Currault |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Shamieka Pierre and Defendants Wellpath, LLC, Sheriff Susan Hutson, Marlin Gusman and Paul Grillier, hereby stipulate to dismiss the above-captioned case with prejudice. The parties in this matter have compromised and a settlement agreement has been fully executed.

The parties accordingly file this Stipulation of Dismissal and respectfully request that this dismissal be entered with prejudice.

Respectfully Submitted:

*/s/ Caroline Gabriel*
Caroline Gabriel (La. Bar No. 38224)
William Most (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
Tel: 985-441-9355
Email: caroline.gabriel.ma@gmail.com
*Counsel for Plaintiff, Shamieka Pierre*

*[Additional signatures on the following page]*

1

/s/ Jared L. Shurman
**Jared Landon Shurman (40048)**
Law Offices of James A. Williams L.L.C.
Associate Attorney
jared@jimwilliamslaw.com
706 Derbigny Street
Gretna, Louisiana 70053
Telephone: (504) 361-0636
Facsimile: (504) 361-4493
*Counsel for Defendant Paul Grillier*

**ADAMS AND REESE LLP**

*/s/ Jennifer C. Bergeron*
Lauren L. Tafaro, T.A. (LA Bar #29320)
Jennifer C. Bergeron (LA Bar #37584)
701 Poydras St., Suite 4500
New Orleans, LA 70139
Telephone:     (504) 581-3234
Facsimile:     (504) 566-0210
Lauren.tafaro@arlaw.com
Jennifer.bergeron@arlaw.com
*Counsel for Defendant Wellpath, LLC*

*/s/ M. Rebecca Cooper*
S. MARK KLYZA, T.A. (La. Bar No. 02028)
M. REBECCA COOPER (La. Bar No. 37080)
The Kullman Firm
A Professional Law Corporation
1100 Poydras Street, Suite 1600
New Orleans, LA 70163
Telephone: (504) 524-4162
Facsimile: (504) 596-4114
smk@kullmanlaw.com
mrc@kullmanlaw.com

**John S. Williams (LSBA No. 32270)**
Co-Chief Legal Officer
Williamsjo@opso.us
**Graham Bosworth (LSBA No. 29538)**
Co-Chief Legal Officer
Bosworthg@opso.us
2800 Perdido Street
New Orleans, LA 70119
(504) 822-8000 office
(504) 202-9454 facsimile

*Counsel for Defendant Sheriff Susan Hutson, in her Official Capacity, and for Former Sheriff Marlin Gusman, in his Individual Capacity*